UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 2:21-cr-2

Hon. Hala Y. Jarbou

COADY DON McMAHAN,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (ECF No. 48). The Report and Recommendation was duly served on the parties, and defendant has filed his response within the time required by law. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 48) is approved and adopted as the opinion of the Court.

2. Acceptance of Defendant's plea of guilty is held in abeyance pending Defendant's personal appearance at sentencing now scheduled for August 11, 2021 at 10:00 a.m.

3. Absent any bond violations, Defendant shall remain on bond pending sentencing.

Dated: May 12, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE