UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 2:21-cr-2

    Plaintiff,   Hon. Hala Y. Jarbou
                                                   U.S. District Judge
v.

COADY DON McMAHAN,

    Defendant.
                                        /

## **ORDER OF DETENTION**

On July 26, 2021, the undersigned issued a warrant for Defendant's arrest for alleged violations of conditions of release. (ECF Nos. 59 and 60.) Defendant was arrested on that warrant on July 26, 2021.

On July 27, 2021, the undersigned conducted an initial appearance following Defendant's arrest.

Defendant reserved his right to a hearing on the alleged bond violations and the issue of detention.

IT IS HEREBY ORDERED that Defendant shall remain detained pending sentencing.

IT IS ORDERED.

Date:   July 30, 2021         /s/ *Maarten Vermaat*
                                                   MAARTEN VERMAAT
                                                   U.S. MAGISTRATE JUDGE